# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PETER CHRISTOFF, | |
|     Plaintiff, | Case No. 2:10-CV-01099-KJD-RJJ |
| v. | **ORDER** |
| JEFF BRUSS, <u>et al.</u>, | |
|     Defendants. | |

Currently pending before the Court is Plaintiff's Motion to Extend Time (#7).  Plaintiff seeks a one week extension in which to serve Defendants with the Complaint.  No opposition was filed.

Accordingly, good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time (#7) is **GRANTED**, nunc pro tunc.  Plaintiff may have to and including November 10, 2010, in which to serve the Complaint in this action.

DATED:  May 6, 2011

_____
Kent J. Dawson
United States District Judge